**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 11-cr-00303-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TRACY MORGAN,
    a/k/a "Tre Dog,"
2. KILLIU FORD,
    a/k/a "Caveman," and
3. AUGUSTUS SANFORD,
    a/k/a "Turk,"

    Defendants.

## ORDER PRESCRIBING JURY SELECTION PROTOCOL

**Blackburn, J.**

    Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Jury Selection Protocol** shall be used by the court and the parties in the selection of the jury in the trial of this case.

    Dated June 6, 2012, at Denver, Colorado.

                                    **BY THE COURT:**

                                    /s/ Robert E. Blackburn
                                    Robert E. Blackburn
                                    United States District Judge