# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00303-REB-03

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3. AUGUSTUS SANFORD,
      a/k/a "Turk,"

      Defendant.

## MINUTE ORDER[1]

On June 26, 2012, the court conducted a telephonic setting conference to set this matter for a sentencing hearing. After conferring with the parties and with their consent,

**IT IS ORDERED** as follows:

1. That on **September 28, 2012**, commencing at 2:00 p.m., the court shall conduct a sentencing hearing in this matter. The court reserves one (1) hour for this hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: June 26, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.