IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Action No. 11-cr-00303-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

KILLIU FORD,

Defendant.
_____

**ORDER**
_____

This matter arises on defendant Killiu Ford's **Motion for a Second Rehearing on Detention Orders** [Doc. # 229, filed 9/21/2012]. I held a hearing on the motion this morning; heard the arguments of counsel; and received a proffer from the Marshal's Service.

Mr. Ford initially sought release to visit his critically ill son. Since the filing of the motion, his son has died. Mr. Ford now seeks either a private viewing/visitation of his son's body or release to attend his son's funeral. The government and the Marshal's Service oppose release to attend the funeral in view of the nature of crimes for which Mr. Ford has been convicted and is awaiting sentencing; the inability to control the environment at a funeral, including the potential for attempted escape or violence; and the highly charged emotional setting of a funeral.

I am persuaded that releasing Mr. Ford to attend a funeral is not appropriate under the facts of this case. However, the United States does not oppose allowing Mr. Ford the opportunity for a private viewing/visitation, and the Marshal's Service is willing to facilitate

such a viewing/visitation.

IT IS ORDERED:

(1) The Motion [Doc. # 229] is GRANTED as specified. The Marshal's Service shall accommodate a private viewing/visitation by Mr. Ford of his son's body at a date, time, and place and under such conditions as it may approve; and

(2) Mr. Ford shall post a deposit of $350.00 to offset the costs of the Marshal's Service associated with the private viewing/visitation. Any balance remaining from the deposit shall be returned to Mr. Ford after the Marshal's costs have been paid.

Dated September 25, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge