IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00303-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TRACY MORGAN,
    a/k/a "Tre Dog,"

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court *sua sponte*. This matter is set for a sentencing hearing on Friday, September 28, 2012, at 11:00 a.m. Due to a conflict arising on the court's calendar, the hearing should be vacated and continued pending further order of court.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the sentencing hearing set for Friday, September 28, 2012, at 11:00 a.m., is **VACATED** and is **CONTINUED** pending further order of court;

    2. That on **September 28, 2012**, at 11:00 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing; and

    3. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: September 27, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.