# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00303-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TRACY MORGAN,
    a/k/a "Tre Dog,"

    Defendant.

## MINUTE ORDER[1]

On September 28, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **October 3, 2012**, commencing at 2:00 p.m., the court shall conduct the sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: September 28, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.