# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00303-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. AUGUSTUS SANFORD,
    a/k/a "Turk,"

    Defendant.

---

## MINUTE ORDER[1]

---

The court remains in trial in 04-cv-00243-REB. Thus, the sentencing hearing set for today, Friday, September 28, 2012, at 2:00 p.m., must be vacated and continued.

**THEREFORE, IT IS ORDERED** as follows:

1. That the sentencing hearing set for today, Friday, September 28, 2012, at 2:00 p.m., is **VACATED** and is **CONTINUED**, pending further order of court;

2. That on **October 1, 2012**, commencing at 10:00 a.m., the court **SHALL CONDUCT** a telephonic setting conference to reset the sentencing hearing in this matter; and

3. That counsel for the government **SHALL ARRANGE, INITIATE, AND COORDINATE** the conference call necessary to facilitate the setting conference.

Dated: September 28, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.